# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET DEWEESE-BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>GORDON COLLEGE, D. MICHAEL LINDSAY, JANEL CURRY, HERMAN SMITH, and MYRON ULLMAN III,<br><br>    Defendants. | Civil Action No. 1:22-cv-10323-IT |

## **JOINT STIPULATION OF DISMISSAL OF DEFENDANT MYRON ULLMAN III**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal of claims asserted against Defendant Myron Ullmann III only.

Respectfully Submitted,

| | |
|---|---|
| MARGARET DEWEESE-BOYD, | GORDON COLLEGE, D. MICHAEL LINDSAY, JANEL CURRY, HERMAN SMITH, and MYRON ULLMAN III |
| By her attorneys, | |
| | By their attorneys, |
| */s/ Hillary Schwab* | |
| Hillary Schwab, BBO #666029 | */s/ Ashley Abel* |
| Rachel Smit, BBO #688294 | Benjamin R. Davis (BBO #673017) |
| FAIR WORK, P.C. | Benjamin.Davis@jacksonlewis.com |
| 192 South Street, Suite 450 | JACKSON LEWIS P.C. |
| Boston, MA 02111 | 75 Park Plaza, 4th Floor |
| (617) 607-3260 | Boston, MA 02116 |
| (617) 488-2261 (fax) | (617) 367-0025 |
| www.fairworklaw.com | |
| Email: hillary@fairworklaw.com, | Ashley B. Abel (admitted pro hac vice) |
|          rachel@fairworklaw.com | Ashley.Abel@jacksonlewis.com |
| | Jackson Lewis P.C. |
| | 15 South Main Street |
| | Suite 700 |
| | Greenville, SC 29601 |
| | (864) 672-8036 |

Dated: September 9, 2022

## **CERTIFICATE OF SERVICE**

This is to certify that on September 9, 2022, a copy of the foregoing document was served upon all parties of record via the ECF system.

*/s/ Hillary Schwab*
Hillary Schwab