UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARGARET DEWEESE-BOYD,<br><br>        Plaintiff,<br>   v.<br><br>GORDON COLLEGE, D. MICHAEL LINDSAY, JANEL CURRY, HERMAN J. SMITH, JR., and MYRON ULLMAN III,<br><br>        Defendants. | Civil Action No. 1:22-cv-10323-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

Respectfully Submitted,

| **MARGARET DEWEESE-BOYD** | **GORDON COLLEGE, D. MICHAEL LINDSAY, JANEL CURRY, and HERMAN J. SMITH, JR.** |
|---|---|
| By her attorneys, | By their attorneys, |
| */s/ Hillary Schwab*<br>Hillary Schwab, BBO #666029<br>Rachel Smit, BBO #688294<br>FAIR WORK, P.C.<br>192 South Street, Suite 450<br>Boston, MA 02111<br>(617) 607-3260<br>(617) 488-2261 (fax)<br>www.fairworklaw.com<br>Email: hillary@fairworklaw.com,<br>        rachel@fairworklaw.com | */s/ Benjamin Davis*<br>Benjamin R. Davis (BBO #673017)<br>benjamin.davis@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br><br>Ashley B. Abel (admitted pro hac vice)<br>Ashley.Abel@jacksonlewis.com<br>Jackson Lewis P.C.<br>15 South Main Street, Suite 700<br>Greenville, SC 29601<br>(864) 672-8036 |

DocuSign Envelope ID: FDA2848C-9F60-414A-A59F-2457E029A79C

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2023.

/s/ Benjamin Davis_____
JACKSON LEWIS P.C.